UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

BRYANT UNIVERSITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-8082

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BRYANT UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       December 8, 2022

                                        **GOTTLIEB & ASSOCIATES**

                                        _/s/Michael A. LaBollita, Esq._

                            Michael A. LaBollita, Esq., (ML-9985)
                                  150 East 18th Street, Suite PHR
                                            New York, NY 10003
                                                Phone: (212) 228-9795
                                                    Fax: (212) 982-6284
                                                Michael@Gottlieb.legal

                                                      _Attorneys for Plaintiffs_

SO ORDERED:

_[signature: Katherine Polk Failla]_
_____
United States District Court Judge

Dated:   December 9, 2022
             New York, New York